IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLINE WRIGHT**                                                                 **PLAINTIFF**

v.                          **CASE NO. 4:21-CV-00357-BSM**

**WATSON CHAPEL SCHOOL DISTRICT**                                **DEFENDANT**

## ORDER

The parties are directed to hold a Rule 26(f) conference within fourteen days, and submit their Rule 26(f) report within 21 days.

IT IS SO ORDERED this 30th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE