### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CHARLINE WRIGHT**                                                                   **PLAINTIFF**

**v.**                                    **CASE NO. 4:21-CV-00357-BSM**

**WATSON CHAPEL SCHOOL DISTRICT**                                         **DEFENDANT**

### JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 31st day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE